1  S. Ryan Patterson (State Bar No. 279474)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  555 S. Flower Street, Suite 2900
4  Los Angeles, CA 90071
   Telephone: (213) 443-5100
5  Facsimile: (213) 443-5101
6  Email: ryan.patterson@wilsonelser.com

7  Attorneys for Defendant Quizlet, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| In the Matter of the Application of Barkley & Associates Inc. | Case No.: 2:25-MC-10<br><br>**DEFENDANT QUIZLET INC.'S NOTICE OF MOTION TO QUASH PLAINTIFF'S DMCA § 512(h) SUBPOENA**<br><br>[*Filed concurrently with Motion. Declaration of S. Ryan Patterson and* [*Proposed*] *Order*] |
|---|---|

TO PLAINTIFF BARKLEY & ASSOCIATES, INC., AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on _____, 2025 at ____, or as soon thereafter as the attorneys for the parties may be heard in Courtroom _____ of the above named Court, the undersigned attorneys for Defendant Quizlet, Inc., will, and hereby does, move the Court for an Order quashing the subpoena purportedly issued under the Digital Millennium Copyright Act ("DMCA") § 512(h) by Barkley & Associates, Inc., and served on March 5, 2025.

---

1

NOTICE OF MOTION TO QUASH PLAINTIFF'S DMCA § 512(h) SUBPOENA

1  This motion is based on this notice of motion, the separate memorandum of
2  points and authorities, and declaration of Ryan Patterson concurrently filed
3  herewith, the papers, pleadings, and records on file herein, and upon such other
4  evidence, both oral and documentary, as may be presented at the hearing on this
5  motion.
6  This motion is made following the conference of counsel pursuant to Local
7  Rule 7-3, which took place on March 18, 2025, between counsel for Plaintiff and
8  counsel for Defendant.

March 19, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/S. Ryan Patterson/*
S. Ryan Patterson
Attorneys for Defendant Quizlet, Inc.