S. Ryan Patterson (State Bar No. 279474)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Email: ryan.patterson@wilsonelser.com

Attorneys for Defendant Quizlet, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Application of Barkley & Associates Inc. | Case No.: 2:25-MC-10<br><br>**DECLARATION OF S. RYAN PATTERSON IN SUPPORT OF DEFENDANT QUIZLET INC.'S MOTION TO QUASH PLAINTIFF'S DMCA § 512(h) SUBPOENA**<br><br>[*Filed concurrently with Notice of Motion, Motion, and* [*Proposed*] *Order*] |
|---|---|

**I, Ryan Patterson, hereby declare as follows:**

    1.    I am a member of the law firm Wilson, Elser, Moskowitz, Edelman, and Dicker LLP, attorneys for Defendant Quizlet, Inc. ("Quizlet"). I am familiar with the facts of this matter from my review of the file maintained by my office and my involvement with this action. I submit this declaration in support of Quizlet's Motion to Quash Plaintiff's DMCA § 512(h) Subpoena. This is in addition to the Memorandum of Points and Authorities in Support of Quizlet's Motion to Quash

Plaintiff's DMCA § 512(h) Subpoena, which is supported by the accompanying documents and are verified hereby.

2. I am a resident of Los Angeles County, in the state of California.

3. Attached as Exhibit 1 is a true and correct copy of a portion of the hearing on Defendant's motion for summary judgment in this case that was held on November 1, 2024.

4. Attached as Exhibit 2 is a true and correct copy of emails between Plaintiff's counsel and Defendant's counsel dated November 13, 2024, exchanging discovery requests.

5. Attached as Exhibit 3 is a true and correct copy of a portion of a discovery hearing transcript in this case held on November 22, 2024.

6. Prior to filing Defendant's Motion to Quash Plaintiff's DMCA § 512(h) Subpoena, I met and conferred with Plaintiff's counsel on March 18, 2025 regarding the substance of the Motion. We were unable to come to an agreement regarding the disposition of Plaintiff's DMCA § 512(h) subpoena.

I declare under the penalty of perjury that the foregoing is true and correct.

March 19, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/S. Ryan Patterson/
S. Ryan Patterson
Attorneys for Defendant Quizlet, Inc.