# Exhibit 2

Exhibit 2

# Hill, Amanda M.

| | |
|---|---|
| **From:** | Brian Tamsut <btamsut@socalip.com> |
| **Sent:** | Wednesday, November 13, 2024 7:00 PM |
| **To:** | Fink, Sarah |
| **Cc:** | Anneliese Lomonaco; Michael Harris |
| **Subject:** | Barkley Discovery Requests DMCA MSJ  [SoCal IP Matter No. B314.L23A17] |
| **Attachments:** | Barkley 512 Subpoena.pdf; First Document Request to Quizlet 11_23.pdf; First Interrogatories to Quizlet 11_23.pdf; First Requests for Admission to Quizlet 11_23.pdf; Barkley's Initial Disclosures to Quizlet.pdf |

**EXTERNAL EMAIL** This email originated from outside the organization.

Sarah,

Attached please find Barkley's:

1. Barkley's First Set of Interrogatories to Quizlet;
2. Barkley's First Set of Requests for Production to Quizlet;
3. Barkley's First Set of Requests for Admissions to Quizlet;
4. Barkley's Initial Disclosures;
5. A subpoena filed under § 512 of the DMCA to obtain the identifying information for repeat infringers on the Quizlet platform.

Best,

/Brian Tamsut/
*Attorney*

**SoCal IP Law Group LLP**

310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362
1332 Anacapa St., Suite 201 Santa Barbara, CA 93101
P +1 (805) 267-2265|
www.socalip.com
btamsut@socalip.com

*CONFIDENTIAL.  This email message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed recipient, please reply to the sender that the email message was misdirected and delete it. Thanks.*

1