# Exhibit 3

Exhibit 3

|  |  |  |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | CENTRAL DISTRICT OF CALIFORNIA | |
|   | WESTERN DIVISION – LOS ANGELES | |
| 3 | | |
| 4 | BARKLEY AND ASSOCIATES, INC., ) | |
| 5 | ) | |
|   | Plaintiff, ) | |
| 6 | ) | |
|   | vs. ) | Case No. 2:24-CV-05964-WLH-E |
| 7 | ) | |
|   | QUIZLET, INC., ) | Los Angeles, California |
| 8 | ) | November 22, 2024 |
|   | Defendants. ) | (8:38 a.m. to 9:21 a.m.) |
| 9 | _____) | |

SCHEDULING CONFERENCE
INFORMAL DISCOVERY CONFERENCE
BEFORE THE HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

APPEARANCES:           See Next Page

COURT REPORTER:        Recorded, VTC

COURTROOM DEPUTY:      Holidae Crawford

TRANSCRIBER:           Dorothy Babykin
                       Courthouse Services
                       1218 Valebrook Place
                       Glendora, California  91740
                       (626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1  TAMSUT?

2  MR. TAMSUT: SURE.

3  SO, THE PURPOSE UNDER SECTION 512 OF THE DMCA IS TO

4  IDENTIFY REPEAT INFRINGERS.

5  AND, SO, WE'VE IDENTIFIED THOSE 300 OR SO USER NAMES

6  THAT CONTINUE TO REPEAT AND PUT MY CLIENTS' CONTENT ON THE

7  WEBSITE.

8  AND, SO, THE IDEA IS WE WOULD BE PURSUING A CASE AGAINST

9  QUIZLET AS WELL AS THESE USERS THAT CONTINUE TO PUT UP MY

10  CLIENT'S INFORMATION DESPITE LINKS BEING BROKEN AND THE

11  COPYRIGHTED CONTENT REMAINING ON THE WEBSITE.

12  IT'S ALSO OUR POSITION THAT A FAILURE TO RESPOND TO THE

13  SUBPOENA UNDER SECTION 512 WOULD BE A FAILURE TO ABIDE BY THE

14  PROVISIONS OF THE DMCA.

15  THE COURT: I SEE.

16  ARE THERE -- I'M SORRY. I DON'T HAVE THE COMPLAINT IN

17  FRONT OF ME.

18  ARE THERE DOE DEFENDANTS NAMED?

19  MS. FINK: NO.

20  THE COURT: THEN I DON'T THINK THAT THAT SUBPOENA IS

21  APPROPRIATE FOR THE -- IN THIS CAUSE OF ACTION AS IT -- AS IT

22  STANDS.

23  MR. TAMSUT: YOUR HONOR, MAY I BE HEARD?

24  THE COURT: SURE.

25  MR. TAMSUT: IN THE INTEREST OF PRESERVING MY CLIENT'S

1
2
3                              TRANSCRIBER'S CERTIFICATE
4
5                                   DISCLAIMER
6      THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED
7          DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.
8
9        I, Dorothy Babykin, attest that the foregoing proceedings provided to me
10 electronically were transcribed by me to the best of my ability.
11
12                        /s/   *Dorothy Babykin*
13
14                            Dorothy Babykin
15 Date:   2/28/2025
16
17
18       .
19
20
21
22
23
24
25