Brian S. Tamsut, No. 322,780 btamsut@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Jonathan P. Pearce, No. 245,776 jpearce@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350

Attorneys for Plaintiff Barkley & Associates, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Barkley & Associates, Inc., | No. :24-cv-05964 WLH(Ex) |
|---|---|
| Plaintiff, | |
| v. | Declaration of Brian Tamsut in Support of Barkley & Associates, Inc.'s Request to the Clerk for Issuance of Subpoena Pursuant to 17 U.S.C. § 512(h) |
| Quizlet, Inc., | |
| Defendants. | |

I, Brian Tamsut, the undersigned, declare that:

1. I am an attorney licensed in the state of California and currently represent Barkley & Associates Inc. ("Barkley"). I submit this declaration on behalf of Barkley.

2. Barkley & Associates Inc. creates and distributes test preparation materials for nurses.

3. To protect customers, the public, and its business, Barkley monitors the internet for websites that display Barkley trademarks and copyrights without a license in an attempt to sell counterfeit and often dangerous products within the United States to US residents. Barkley has registered many of its trademarks with the United States Patent and Trademark Office and many of its photographs, marketing materials, and web content with the United States Copyright Office. These registrations are used to

close websites that sell counterfeit Barkley product and use Barkley's copyright protected test materials and books to do so.

4. Below is a sampling of Barkley registered copyrights and trademarks:

| Copyright Reg. No. | Title |
|---|---|
| TX0008060976 | Practice Considerations for Adult-Gerontology Acute Care Nurse Practitioners |
| TX0008184723 | Barkley's Curriculum Review for Pediatric Nurse Practitioners |
| TX0008187376 | Barkley's Curriculum Review for Adult-Gerontology Primary Care Nurse Practitioners |
| TX0008189386 | Barkley's Curriculum Review for Family Nurse Practitioners |
| TX0008198957 | Certification Review/Clinical Update Continuing Education Course |

| Trademark Reg. No. | Title |
|---|---|
| 6272223 | Barkley & Associates (logo) |
| 6270781 | BARKLEY & ASSOCIATES |

5. The original copyrighted materials can be found at https://www.npcourses.com/.

6. Quizlet, Inc. has hosted the following usernames that sell bootlegged versions of Barkley's copyright protected test prep books and CDs:

| | | |
|---|---|---|
| mallorymcgee97 | CruellaDevill3 | Hn-ndirangu |
| erin_congleton8 | ambp | frankoriama |
| lauren_cellini3 | trish_gill_allmon | bancymuthoni885 |
| rogersclay | hopesumandea | Dennoh_K |
| randitjheld | m22r25cnmf | courtneycaputoo |
| samanthaapinoo | mthompson4867 | gichuki75 |
| krystal_michelle8 | Mariette_Franklin | denniswambui150 |
| dirty_sar | Devon_Miller20 | francis_thuo |

| | | |
|---|---|---|
| dnp_rrt_medic | Jennifer_Gonzales | lopachinski |
| rozaggs | Eliana6855 | Mose003 |
| lorenze462 | josh_brown34 | gradeboost77 |
| ashley_mcpherson6 | TMZ777 | IAN068018 |
| ashlong3 | keeganwood | trinanjeri0 |
| nandirmrz | skb488 | Amos_Kiragu |
| bonniebunnni | Yasmin_Franco5 | Daniel_Gichobi |
| Karen_Taylor274 | samantha_luttrell | yob98mk |
| bsimm13 | dalimar_rodriguez3 | edson_209 |
| Magarcia214 | jamielynnelliott | jamesmuthomi64 |
| Rosie_Cruz3 | karimikelvin92 | jwirrie |
| Roberto_Kuria | DBSk7 | Moureen_Karimi |
| Ltellis8441 | LJewelsAPN | karimiwilliam69 |
| briana_mucklow | Carole_Wilkinson | Zawadi182 |
| Annemarie_Tutor | s_silvis | waciramwangi246 |
| hemodynamix | casey_baine1 | Wilfred_Mburu4 |
| ccancino19956 | kit_kat_k8 | Yamabolt |
| Kemps05 | Rcheshire | Gianinne_Alvarez3 |
| kaylad1331 | srg3880 | shanique_coke |
| ssanjorge | ashleyrnelson7 | karceneaux2 |
| makroe0959 | erinwhitehorne | Taylor_Culley28 |
| fanfan_han | brookerackley13 | Abby_Kolbow8 |
| kay_kitty_socorro | Lindsay_Cerchio2 | Ellen_Martini4 |
| alicia_swindler2 | micaelawest1 | anyarangel |
| Michelle_Powers53 | StudyBuddyNPC | jdcallaghan12 |
| Maggie_Mwai | chloekemp7 | klmazza12 |
| skostan | Tamirm97 | Emily_Malfitano8 |

| | | |
|---|---|---|
| rlb275 | betsybennett03 | alexandra_ecker |
| Gordon217 | emcmahan2 | xgrmmtnhr54 |
| Melissa_Moore723 | Maya_C60 | Rebecca_DeTeresa |
| jgarc144 | sfscoggins | moureen_wanjohi |
| Allie_Carter19 | coruma1 | Kylian1398 |
| palaharvard | eleanormayfield | Wanyeki_Dan |
| Melissa_Kucukarslan7 | kathryn_oelfke | edu_findrantez7 |
| mgmuller95 | krista_scott8 | joyce_wambugu18 |
| bluesonem | eleanordoody_ | Averie_Fuller52 |
| Crhiannonj82 | lreames | JackiB96 |
| PATRICK_MAINA1 | brandy_teague7 | Adn2017Tif |
| ramvmallari | gwAPO1925 | Stefani_Cain |
| lacrosse8768 | Grace_Solipaca | Phinta |
| roselinemonde20 | ajorda52 | djjbb96 |
| Jane_Theuri | Ben_Erickson41 | lorilynn1190 |
| thediddy_kong | nelson_muriithi5 | torishae1 |
| gabie_jones12 | amos_Blackfire | Miriamkim33 |
| stacimiddleton | SIRANTOS | Kyalokyema |
| Allison_Kroll | Emily_Wambura | jdec44 |
| allyrosenberg10 | mvelez9982 | Alex_Kamau45 |
| hmartin014 | tibby_25 | Dani_Cummings3 |
| pandinhaexpress | ryancoryan4326 | jaclynes14 |
| molly_nelson44 | amanda_weiss9 | nrdilly |
| nurse_girl | kanutabz82 | irene_ung9 |
| johny_boi1 | Jon_Valderrama | user9832 |
| awesomeTrinityLo | denis_kinyua5 | Lillohmwai |
| annacfay7 | maggie_loibl | jasonmitcham8 |

| John_Matha | faith_rivers_bolding | newton591 |
| --- | --- | --- |
| Marquita_Mckissick | Kagwirah_Ke | Mudryk_gotyou |
| katiegoodwinart | Putin_Mee | Daniel_Bundi8 |
| Cara85340 | cheruharriss | leanna7897 |
| hellodocs | Brianna_Whitehead5 | crchris2 |
| annwambui3932 | upgrade73 | sb8379 |
| Mwikuua | quizlette53336876 | nmdonaTI |
| Jay_Son16 | allenjillian12 | sofiterry |
| alvinburtoncda | userhelperi | davong18_lawstuff |

7. Attached as Exhibit 1 to this declaration is a true and correct copy of a DMCA takedown filed on July 9, 2025, under 17 U.S. Code § 512. This takedown was sent to Quizlet, Inc., to notify Quizlet that it was hosting infringing material via the website Quizlet.com and is assisting in the sale of counterfeit goods within the United States. This Exhibit contains both an example federal trademark and copyright registration owned by Barkley.

8. The purpose for which this subpoena is sought is to obtain the identities of the individuals copying test prep materials who have exploited Barkley's exclusive rights in the copyrighted material being sold without Barkley's permission. This information will only be used for the purpose of protecting the rights granted to Barkley & Associates, under Title II of the Digital Millennium Copyright Act.

Dated: July 11, 2025

/s/ *Brian Tamsut*
Brian Tamsut
SoCal IP Law Group LLP

Attorneys for Plaintiff Barkley & Associates Inc.