# Exhibit 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In re Application of Barkley & Associates Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:25-mc-00010-WLH-E |
| Quizlet Inc. ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Quizlet, Inc. c/o INCORPORATING SERVICES, LTD.
3500 South DuPont Hwy, Dover, DE 19901

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: 310 N Westlake Blvd STE 120, Westlake Village, CA 91362 | Date and Time: 08/15/2025 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/11/2025

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Barkley & Associates, Inc., a California Corporation , who issues or requests this subpoena, are:
Brian Tamsut, 310 N Westlake Blvd Suite 120, Westlake Village, CA 91362, btamsut@socalip.com, (805) 230-1350

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT A

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

To the Responding Party and to its attorney of record:

Barkley & Associates, Inc. demands that you produce and permit the inspection and copying by or on behalf of itself and/or tangible things in definitions and categories described below:

1. "Barkley" means plaintiff Barkley & Associates, Inc.

2. "Quizlet, Inc.," "Quizlet," "Defendant," "You," or "Your," refer to Defendant Quizlet, Inc., its parents, subsidiaries, divisions, successors, affiliates, including any present or former officers or directors, trustees, employees, agents, representatives, attorneys, or all other people acting or purporting to act on its behalf.

3. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

4. "Electronically stored information" and "ESI" means electronically stored information stored in any medium from which information can be obtained either directly or after translation by the responding party into a reasonably usable form.

5. If any ESI requires translation to make it understandable because of the format of the ESI, the program under which the ESI was created or because of abbreviations in the ESI, You must translate the ESI to make it understandable to Barkley.

6. "Lawsuit" means this underlying lawsuit, Barkley & Associates, Inc. v. Quizlet, Inc., et al., United States District Court Central District of California, No. 2:24-cv-05964 WLH(Ex).

7. This request is limited to documents between January 1, 2016 and the present date.

8. Insofar as a document request asks for a document showing information

| DMCA Subpoena to identify Quizlet's users | 1 | Barkley & Assoc. v. Quizlet. 2:25-mc-00010-WLH-E |
|---|---|---|

about Quizlet seller or supplier, and You have documents showing different information for the seller or supplier, you must product documents showing the different information.

9. If a document requested to be produced also has contact information about an End User, you must produce documents showing that information.

10. If a document request seeks documents about the contact information for person/entity, you must show the name, address (street address, city, state and ZIP code), email address and telephone number of that person/entity and if that person or entity is not a United States resident, provide a document showing as complete foreign address you have.

**REQUEST FOR DOCUMENTS OR THINGS**

For each of the users listed in Schedule A Barkley hereby requests documents that show:

1. The full legal name;
2. Email address;
3. Telephone number;
4. Home and billing address.

Schedule A

mallorymcgee97
erin_congleton8
lauren_cellini3
rogersclay
randitjheld
samanthaapinoo
krystal_michelle8
dirty_sar
dnp_rrt_medic
rozaggs
lorenze462
ashley_mcpherson6
ashlong3

| | |
|---|---|
| 1 | nandirmrz |
| 2 | bonniebunnni |
|  | Karen_Taylor274 |
| 3 | bsimm13 |
|  | Magarcia214 |
| 4 | Rosie_Cruz3 |
|  | Roberto_Kuria |
| 5 | Ltellis8441 |
|  | briana_mucklow |
| 6 | Annemarie_Tutor |
|  | hemodynamix |
| 7 | ccancino19956 |
|  | Kemps05 |
| 8 | kaylad1331 |
| 9 | ssanjorge |
|  | makroe0959 |
| 10 | fanfan_han |
|  | kay_kitty_socorro |
| 11 | alicia_swindler2 |
| 12 | Michelle_Powers53 |
|  | Maggie_Mwai |
| 13 | skostan |
|  | rlb275 |
| 14 | Gordon217 |
|  | Melissa_Moore723 |
| 15 | jgarc144 |
| 16 | Allie_Carter19 |
|  | palaharvard |
| 17 | Melissa_Kucukarslan7 |
|  | mgmuller95 |
| 18 | bluesonem |
| 19 | Crhiannonj82 |
|  | PATRICK_MAINA1 |
| 20 | ramvmallari |
| 21 | lacrosse8768 |
|  | roselinemonde20 |
| 22 | Jane_Theuri |
|  | thediddy_kong |
| 23 | gabie_jones12 |
| 24 | stacimiddleton |
|  | Allison_Kroll |
| 25 | allyrosenberg10 |
|  | hmartin014 |
| 26 | pandinhaexpress |
|  | molly_nelson44 |
| 27 | nurse_girl |
| 28 | johny_boi1 |

| | |
|---|---|
| 1 | CruellaDevil3 |
| 2 | ambp |
|   | trish_gill_allmon |
| 3 | hopesumandea |
|   | m22r25cnmf |
| 4 | mthompson4867 |
|   | Mariette_Franklin |
| 5 | Devon_Miller20 |
|   | Jennifer_Gonzales |
| 6 | Eliana6855 |
|   | josh_brown34 |
| 7 | TMZ777 |
|   | keeganwood |
| 8 | skb488 |
| 9 | Yasmin_Franco5 |
|   | samantha_luttrell |
| 10 | dalimar_rodriguez3 |
|   | jamielynnelliott |
| 11 | karimikelvin92 |
| 12 | DBSk7 |
|   | LJewelsAPN |
| 13 | Carole_Wilkinson |
|   | s_silvis |
| 14 | casey_baine1 |
| 15 | kit_kat_k8 |
|   | Rcheshire |
| 16 | srg3880 |
|   | ashleyrnelson7 |
| 17 | erinwhitehorne |
|   | brookerackley13 |
| 18 | Lindsay_Cerchio2 |
| 19 | micaelawest1 |
|   | StudyBuddyNPC |
| 20 | chloekemp7 |
|   | Tamirm97 |
| 21 | betsybennett03 |
| 22 | emcmahan2 |
|   | Maya_C60 |
| 23 | sfscoggins |
|   | coruma1 |
| 24 | eleanormayfield |
| 25 | kathryn_oelfke |
|   | krista_scott8 |
| 26 | eleanordoody_ |
|   | lreames |
| 27 | brandy_teague7 |
| 28 | gwAPO1925 |

| | |
|---|---|
| 1 | Grace_Solipaca |
| | ajorda52 |
| 2 | Ben_Erickson41 |
| | nelson_muriithi5 |
| 3 | amos_Blackfire |
| | SIRANTOS |
| 4 | Emily_Wambura |
| | mvelez9982 |
| 5 | tibby_25 |
| 6 | ryancoryan4326 |
| | amanda_weiss9 |
| 7 | kanutabz82 |
| 8 | Jon_Valderrama |
| | Hn-ndirangu |
| 9 | frankoriama |
| | bancymuthoni885 |
| 10 | Dennoh_K |
| 11 | courtneycaputoo |
| | gichuki75 |
| 12 | denniswambui150 |
| 13 | francis_thuo |
| | lopachinski |
| 14 | Mose003 |
| | gradeboost77 |
| 15 | IAN068018 |
| 16 | trinanjeri0 |
| | Amos_Kiragu |
| 17 | Daniel_Gichobi |
| | yob98mk |
| 18 | edson_209 |
| | jamesmuthomi64 |
| 19 | jwirrie |
| 20 | Moureen_Karimi |
| | karimiwilliam69 |
| 21 | Zawadi182 |
| | waciramwangi246 |
| 22 | Wilfred_Mburu4 |
| 23 | Yamabolt |
| | Gianinne_Alvarez3 |
| 24 | shanique_coke |
| | karceneaux2 |
| 25 | Taylor_Culley28 |
| 26 | Abby_Kolbow8 |
| | Ellen_Martini4 |
| 27 | anyarangel |
| 28 | jdcallaghan12 |
| | klmazza12 |

| | |
|---|---|
| 1 | Emily_Malfitano8 |
| 2 | alexandra_ecker |
|   | xgrmmtnhr54 |
| 3 | Rebecca_DeTeresa |
|   | moureen_wanjohi |
| 4 | Kylian1398 |
|   | Wanyeki_Dan |
| 5 | edu_findrantez7 |
|   | joyce_wambugu18 |
| 6 | Averie_Fuller52 |
| 7 | JackiB96 |
|   | Adn2017Tif |
| 8 | Stefani_Cain |
|   | Phinta |
| 9 | djjbb96 |
|   | lorilynn1190 |
| 10 | torishae1 |
|    | Miriamkim33 |
| 11 | Kyalokyema |
| 12 | jdec44 |
|    | Alex_Kamau45 |
| 13 | Dani_Cummings3 |
|    | jaclynes14 |
| 14 | nrdilly |
|    | irene_ung9 |
| 15 | user9832 |
| 16 | awesomeTrinityLo |
|    | annacfay7 |
| 17 | John_Matha |
| 18 | Marquita_Mckissick |
|    | katiegoodwinart |
| 19 | Cara85340 |
|    | denis_kinyua5 |
| 20 | maggie_loibl |
| 21 | faith_rivers_bolding |
|    | Kagwirah_Ke |
| 22 | Putin_Mee |
|    | cheruharriss |
| 23 | Lillohmwai |
| 24 | jasonmitcham8 |
|    | newton591 |
| 25 | Mudryk_gotyou |
| 26 | Daniel_Bundi8 |
|    | leanna7897 |
| 27 | hellodocs |
|    | Brianna_Whitehead5 |
| 28 | crchris2 |

| | |
|---|---|
| 1 | annwambui3932 |
| 2 | Mwikuua |
|   | Jay_Son16 |
| 3 | alvinburtoncda |
|   | upgrade73 |
| 4 | quizlette53336876 |
|   | allenjillian12 |
| 5 | userhelperi |
|   | sb8379 |
| 6 | nmdonaTI |
|   | sofiterry |
| 7 | davong18_lawstuff |