# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| v.<br><br>QUIZLET, INC.<br><br>Respondent(s). | CASE NUMBER:<br><br>2:25–mc–00010–WLH–E<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/11/2025

Document No.:   18

Title of Document:   REQUEST for Issuance of DMCA Subpoena

**ERROR(S) WITH DOCUMENT:**

Case closed as of 2/25/2025. Counsel is directed to file this document as a new case.

Other:

**Note:** In response to this notice, the Court may: 1) **order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: July 11, 2025         By:  /s/ Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS